UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY RODRIGUEZ, | ) | 1:09-cv-00380-SMS |
| Plaintiff, | ) ) | ORDER TO PLAINTIFF TO FILE A |
| v. | ) ) | COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN TWENTY |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | DAYS OF SERVICE OF THIS ORDER (DOC. 2) |
| Defendant. | ) ) ) ) ) | ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF WITH THIS ORDER A COPY OF A BLANK APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PERSON NOT IN CUSTODY |

Plaintiff seeks to proceed pro se with counsel with an action seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for benefits.

Pending before the Court is Plaintiff's motion to proceed in forma pauperis, filed on March 2, 2009.

The application to proceed in forma pauperis was not complete because although Plaintiff indicated in item 3(d) that in the past twelve months he had received money from disability or workers compensation payments, he did not state the source of the money and the amount received for each source. Although

1

Plaintiff attached information concerning Social Security benefits to his complaint, Plaintiff did not state in his application to proceed in forma pauperis the total amount of money received from each source of benefits received in the past year.

Accordingly, IT IS ORDERED that Plaintiff file no later than twenty days after the date of service of this order a completed application to proceed in forma pauperis. The Court will not proceed to process Plaintiff's action until the application to proceed in forma pauperis is filed.

Further, the Clerk of Court IS DIRECTED to send to Plaintiff with this order a blank form for an application to proceed in forma pauperis for a person who is not incarcerated.

Plaintiff IS INFORMED that a failure to comply with this order will be considered a failure to comply with an order of the Court that may result in the imposition of sanctions, including dismissal of this action.

IT IS SO ORDERED.

**Dated:   March 9, 2009**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE