UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY RODRIGUEZ, | ) | 1:09-cv-00380-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| v. | ) | APPLICATION TO PROCEED IN FORMA |
| | ) | PAUPERIS (DOCS. 2, 4) |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | INFORMATIONAL ORDER TO PLAINTIFF |
| SECURITY, | ) | REGARDING THE COURT'S SCREENING |
| | ) | PLAINTIFF'S COMPLAINT BEFORE |
| Defendant. | ) | SERVICE IS ORDERED |
| | ) | |

Plaintiff is proceeding pro se with an action seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for benefits.

I. Application to Proceed in Forma Pauperis

Pending before the Court are Plaintiff's motions to proceed in forma pauperis, filed on March 2, 2009, and April 13, 2009.

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915(a).

II. Informational Order to Plaintiff

Plaintiff IS INFORMED that in a case in which the Plaintiff

1

is proceeding in forma pauperis, the Court is required to screen the complaint and shall dismiss the case at any time if the Court determines that the allegation of poverty is untrue, or the action or appeal is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. Because of the large number of pending matters before it, the Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

**Dated:    April 17, 2009**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE