UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
JIMMY RODRIGUEZ,              ) 1:09-cv-00380-OWW-SMS
                              )
          Plaintiff,          ) ORDER RE: FINDINGS AND
     v.                       ) RECOMMENDATIONS TO DISMISS
                              ) PLAINTIFF'S CLAIM AGAINST THE
MICHAEL J. ASTRUE,            ) ADMINISTRATIVE LAW JUDGE WITHOUT
COMMISSIONER OF SOCIAL        ) LEAVE TO AMEND, FIND A COGNIZABLE
SECURITY,                     ) CLAIM AGAINST DEFENDANT
                              ) COMMISSIONER OF SOCIAL SECURITY,
          Defendant.          ) AND DIRECT SERVICE OF THE
                              ) COMPLAINT (DOCS. 7, 10)
_____)
                                DIRECTIONS TO PLAINTIFF, THE
                                CLERK, AND THE MARSHAL
```

Plaintiff is proceeding pro se and in forma pauperis with an action seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for benefits. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On April 28, 2009, the Magistrate Judge filed findings and a recommendation that 1) Plaintiff's claim against Administrative Law Judge Bert C. Hoffman be dismissed without leave to amend, 2) the Court find that Plaintiff states a claim against the Commissioner of Social Security for review of a decision denying

1

1  Plaintiff's claim for benefits, and 3) the Court order service
2  upon the Commissioner, with associated directions to the Clerk,
3  Plaintiff and the Marshal.
4      The findings and recommendation were served on all parties
5  on Plaintiff on April 28, 2009, and contained notice that any
6  objections to the findings and recommendations were to be filed
7  within thirty (30) days of the date of service of the order. An
8  extension of time to file objections was granted.
9      Plaintiff has filed timely objections to the findings and
10 recommendations; the undersigned has considered the objections
11 and has determined there is no need to modify the findings and
12 recommendations based on the points raised in the objections.
13     In accordance with the provisions of 28 U.S.C. § 636
14 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
15 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
16 review of the case. Having carefully reviewed the entire file,
17 the Court finds that the findings and recommendation are
18 supported by the record and proper analysis.
19     Accordingly, IT IS HEREBY ORDERED that:
20     1) The findings and recommendation filed April 28, 2009, ARE
21 ADOPTED IN FULL; and
22     2) Plaintiff's claim against Administrative Law Judge Bert
23 C. Hoffman IS DISMISSED WITHOUT LEAVE TO AMEND; and
24     3) The Court FINDS that Plaintiff states a claim against the
25 Commissioner of Social Security for review of a decision denying
26 Plaintiff's claim for benefits, and that thus service upon the
27 Commissioner is appropriate; and
28     4) The Court DIRECTS Plaintiff, the Clerk, and the Marshal,

1  as follows:

2

3          a) The Clerk of the Court shall send Plaintiff one USM-
4  285 form, one summons, an instruction sheet, a notice of
5  submission of documents, and three copies of the complaint filed
6  in this Court.

7          b) Within thirty days from the date of service of the
8  order, Plaintiff shall complete the notice of submission of
9  documents and submit the completed notice to the Court with the
10 following documents:

11              1. Completed summons;
12              2.  One completed USM-285 form for each defendant
13                 listed above; and
14              3. Three copies of the endorsed complaint filed in
15                 this Court.
16      Plaintiff need not attempt service on defendant and need
17 not request waiver of service;
18          c) Upon receipt of the documents described above, the
19              Clerk of the Court SHALL FORWARD them to the
20              United States Marshal to serve the above-named
21              defendants pursuant to Federal Rule of Civil
22              Procedure 4 without payment of costs.
23          d) Upon receipt of the documents described above, the
24              Marshal SHALL SERVE the above-named Defendants.
25
26
27
28 IT IS SO ORDERED.

3

Dated:    **June 19, 2009**                                                                    /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE